UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**JOSEPH CUSIMANO and JAMES SCHULTZ,**
*on behalf of themselves and others similarly situated,*

                Plaintiff,

- against -

**THE CITY OF NEW YORK, ERIC ADAMS, AS MAYOR, THE NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, SUE DONOGHUE, AS COMMISSIONER**

                Defendants.

Case No: 24-cv-2814(APR)(PK)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.
3/18/25

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Joseph Cusimano and James Schultz and Defendants The City of New York, Eric Adams, The New York City Department of Parks and Recreation, and Sue Donoghue, acting by means of their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, and without any award of fees or costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**For Plaintiffs:**

By: _____
William Brown, Esq.
Brown, Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5825
wbrown@bkllawyers.com
*Attorneys for Plaintiffs*

Date: 3/11/25

**For Defendants:**

By: _____
Amit Rarab, Esq.
New York City Law Department
100 Church Street
New York, New York 10007
Tel.: (212) 356-1951
aparab@law.nyc.gov
*Attorneys for Defendants*

Date: 3/17/25